# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: October 3, 2018
Index # 1:18-cv-09044-PAE-SN

*Alexander Ray Thurston, individually and on behalf of all others similarly situated*  —  Plaintiff

against

*Flyfit Holdings, LLC (d/b/a Flyfit Global), et ano.*  —  Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___November 9, 2018___, at __11:45 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint on _____Flyfit Holdings, LLC_____, the Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 1 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 304 Limited Liability Company Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: 55-60   Approx. Wt: 130lbs   Approx. Ht: 5'3"
Color of skin: White   Hair color: Black   Sex: Female   Other: _____

Sworn to before me on this
9th day of November 2018

DONNA M. TIDINGS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01TI4898570
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JUNE 15, 2019

James Perone
Attny's File No.
Invoice•Work Order # S1814407

SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201

State of New York - Department of State
Receipt for Service

Receipt #:  201811090363
Date of Service:  11/09/2018
Service Company:  35 SERVICO - 35

Cash #: 201811090270
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to:  SECTION 304 OF THE LIMITED
  LIABILITY COMPANY LAW

Party Served:  FLYFIT HOLDINGS, LLC

Plaintiff/Petitioner:
          THURSTON, ALEXANDER RAY

Service of Process Address:

                                         Secretary of State
                                         By   NANCY DOUGHERTY

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*Alexander Ray Thurston, individually and on behalf of all others similarly situated*

vs

*Flyfit Holdings, LLC (d/b/a Flyfit Global), et ano.*

### SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

James Perone, being duly sworn, says:

I am over the age of 18 years and am not a party to this action. On **11/13/2018** I sent on behalf of the Plaintiff herein a copy of the

Summons in a Civil Action and Complaint

with notice of the service upon the Secretary of State thereof to **Flyfit Holdings, LLC**, the Defendant herein, by **Registered** mail **#RR597179881US** in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

Flyfit Holdings, LLC

ATTACHED HERETO AND MADE A PART HEREOF IS THE
☒ RETURN RECEIPT FROM THE DEFENDANT
☐ RETURNED MAIL
　☐ UNCLAIMED
　☐ RETURNED TO SENDER
　☐ UNDELIVERABLE AS ADDRESSED

Sworn to before me on this

9th day of November 2018

_____
DONNA M. TIDINGS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01TI4898570
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JUNE 15, 2019

_____
James Perone
Attny's File No.
Invoice•Work Order # S1814407

SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Astin Cray<br>C. Date of Delivery: 11/19/18 |
| 1. Article Addressed to:<br>FLYFIT HOLDINGS, LLC<br>C?o AGENTS AND CORPORATIONS, INC<br>1201 ORANGE ST, SUITE 600<br>WILMINGTON  DE  19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3685 7335 4885 69 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☒ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>RR597179881US | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**USPS TRACKING #**

9590 9402 3685 7335 4885 69

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

SERVICO, INC.
283 WASHINGTON AVENUE
ALBANY, NEW YORK 12206
518 463 4179