# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

_____

April 5, 2019

**VIA ECF**

Hon. Judge Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                Re:    *Thurston v. FlyFit Holdings LLC et al.;*
                        Index No. 18-cv-9044

Dear Judge Netburn:

    We represent Plaintiff in the above-referenced matter. We write jointly with Defense counsel to inform the Court that the parties have reached a settlement in principle and would respectfully ask the Court to suspend the default motion deadline as we consummate the settlement agreement.

    We thank the Court for its time and attention to this matter.

                                    Respectfully Submitted,

                                    /s/ *Daniel Tannenbaum, Esq.*
                                    Daniel Tannenbaum, Esq.